IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL COHEN,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 10-00547 CRB<br><br>**ORDER RE EXHIBITS** |

　　　The Court today issued an Order setting bail for Defendant Samuel Cohen, subject to various conditions. See dkt. 196. The Order attached five exhibits, which were submitted by Defendant in response to an earlier draft of the Order setting bail. Defendant is hereby ORDERED to file by any revised exhibits necessary to ensure compliance with the final Order.

　　　**IT IS SO ORDERED.**

Dated: August 26, 2011　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\Order re exhibits.wpd