IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>    Defendant._____/ | No. C 10-00547 CRB<br><br>**ORDER GRANTING RELEASE** |

The Court finds that Defendant Samuel Cohen has met all of the conditions of bail, and hereby ORDERS his release pursuant to the conditions contained in the Order Setting Bail, see dkt. 196, as of Tuesday, September 20, 2011 not later than 11:00 a.m.

**IT IS SO ORDERED.**

Dated: September 19, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\order granting release.wpd