IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 CRB |
| Plaintiff, | **ORDER AMENDING BAIL ORDER** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. / | |

The Court further AMENDS its August 26, 2011 Order Setting Bail, dkt. 196, as follows: (1) Defendant is permitted to use the gym in the building of his wife's apartment for one hour a day; (2) Defendant is also permitted to attend religious services; (3) Defendant is also permitted to visit his dentist, dermatologist, and an ENT specialist to seek treatment for the ailments described by Defendant's counsel on today's telephone call with the Court. As to all three settings (gym, temple, and medical offices), Defendant must give Critical Solutions advance notice and any additional information it requires, such as the names and addresses of the dentist, dermatologist, and ENT, as well as of Defendant's temple. When he is in public places (such as temple or medical offices), and is only accompanied by one Critical Solutions guard, Plaintiff is to remain handcuffed. However, if he is accompanied by two Critical Solutions guards, Plaintiff need not be handcuffed. Plaintiff may also visit his

//

attorney's office between the hours of 8:00 a.m. and 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 22, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE