IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 CRB |
| Plaintiff, | **ORDER FURTHER AMENDING BAIL ORDER** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. / | |

The Court further AMENDS its August 26, 2011 Order Setting Bail, dkt. 196, as follows: (1) Defendant is permitted to use the pool as well as the gym in the building of his wife's apartment for one hour a day.

**IT IS SO ORDERED.**

Dated: September 23, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\Order further amending bail.wpd