IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 CRB |
| Plaintiff, | **ORDER PERMITTING DEFENDANT TO SHOWER AND SHAVE** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. / | |

Defendant Samuel Cohen is currently in trial in this Court. The Court hereby ORDERS that he be permitted to shower and shave in preparation for his daily appearances in Court.

**IT IS SO ORDERED.**

Dated: October 26, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\Order re shower.wpd