United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL COHEN,

    Defendant.

                                     /

No. C 10-00547 CRB

**SECOND ORDER SETTING BAIL**

IT IS HEREBY ORDERED THAT the Defendant Samuel Cohen be released from custody upon the satisfaction of the following conditions,[1] pursuant to Title 18 U.S.C. § 3142:

1. The Defendant must pay Critical Solutions $45,000 in advance of his release. A receipt from Critical Solutions is to be provided to the U.S. Attorney's Office in advance of the Defendant's release.
2. The Defendant will be released to the custody of Critical Solutions and guarded twenty-four hours a day, seven days a week, in public and in private, by three private security guards from Critical Solutions.
3. The Defendant will wear handcuffs whenever he is in public, except for when he is in the Courthouse.

---

[1] All of the conditions in place prior to the Defendant's October 25, 2011 remand, see dkt. 263, are to remain in place, other than those which are conflict with this Order.

4. The Defendant must remain in the City and County of San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 28, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE