IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL COHEN,

    Defendant.
_____/

No. C 10-00547 CRB

**ORDER GRANTING CONTINUANCE OF FILING DEADLINE**

Now pending is Defendant Samuel Cohen's Unopposed *Ex Parte* Motion for Continuance of Filing Deadline for Rule 33 Motion (dkt. 297). Defendant seeks a four week continuance, representing that Defendant "will retain new counsel as soon as next week." Id. at 1. Good cause appearing therefor, the Court GRANTS Defendant's Motion, but permits only a <u>two week</u> continuance.[1] No further extensions will be granted unless new counsel substitutes in by that date. In the event that there is no substitution of counsel, present counsel may only withdraw from representation at the conclusion of sentencing.

**IT IS SO ORDERED.**

Dated: November 21, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] Federal Rule of Criminal Procedure 33(b)(2) provides for a 14 day deadline; this continuance doubles that.

G:\CRBALL\2010\547\order re new trial continuance.wpd