1 <u>further continuances will be given.</u>

2 **IT IS SO ORDERED.**

4 Dated: December 7, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE