United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 CRB |
| Plaintiff, | **ORDER DENYING RELEASE OF TRIAL EXHIBITS** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. / | |

Presently before the Court is Defendant Samuel Cohen's Motion for Release of Exhibits, in which he asks the Court to release to his counsel four exhibits introduced at trial, each of which contains what purports to be the signature of government witness Hari Dillon. See generally Mot. (dkt. 347). The Court has carefully reviewed the parties' submissions on this matter, in particular the trial transcripts. In as much as Mr. Dillon identified the signatures on the exhibits as his own, the testimony of Defendant's proposed handwriting expert would simply confirm, rather than contradict, Mr. Dillon's testimony. Accordingly, the Court will not exercise its discretion to release the trial exhibits under Criminal Local Rule 55-1 and Civil Local Rule 79-4, and the Motion is DENIED.

**IT IS SO ORDERED.**

Dated: March 19, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\order re trial exhibits.wpd