IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 CRB |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. | |

Defendant Samuel Cohen's Motion for Leave to File Motion for Reconsideration of Order Denying Release of Trial Exhibits (dkt. 359) is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 21, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\order re reconsid.wpd