IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>  Defendant.<br>_____/ | No. C 10-00547 CRB<br><br>**ORDER RE-SETTING SENTENCING HEARING** |

The Court hereby RE-SETS the sentencing hearing in this case, from Friday, April 27, 2012 to **Monday, April 30, 2012 at 10:00 AM**. The hearing will take place in Courtroom 6, on the 17th floor, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 11, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\order re-setting sentencing.wpd