IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 CRB |
| Plaintiff, | **ORDER RE-SETTING RESTITUTION HEARING** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. / | |

The Court has received Defendant's Request for Scheduling Modification (dkt. 379), submitted April 27, 2012, pertaining to the restitution hearing initially scheduled for May 4, 2012. The Court hereby RE-SETS the hearing on restitution for Thursday, May 3, 2012 at 10:00 AM.

**IT IS SO ORDERED.**

Dated: April 30, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\order re restitution hearing.wpd