IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 CRB |
| Plaintiff, | **ORDER RE MOTION TO FORFEIT CONTENTS OF STORAGE LOCKERS** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. / | |

The Court has received and carefully reviewed both the Government's Motion to Forfeit Contents of Storage Lockers as Substitute Assets (dkt. 390) and Defendant's Memorandum in Opposition thereto (dkt. 394).

As the government's proposed forfeiture is contested, the Court SETS a hearing on this matter for June 20, 2012 at 2:00 PM, pursuant to Federal Rule of Criminal Procedure 32.2(b)(1)(B). Both parties are advised to present, by way of declaration, any evidence supporting their positions by June 13, 2012.

Until further order of the Court, all right, title, and interest of Defendant in any property contained in any storage facilities at Storage Etc., Northstar Storage, or otherwise under the custody or control of Josh Herman or Josh Herman Bail Bonds, including the property listed as Exhibit 1 to the Government's Motion, SHALL REMAIN under the custody or control of Josh Herman or Josh Herman Bail Bonds and shall not be released to

anyone.

**IT IS SO ORDERED.**

Dated: May 8, 2012



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE